UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BENIGNO GARCIA AGUILAR, | Case No. 5:15-cv-02081-GJS |
|---|---|
| Plaintiff | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: July 08, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE